**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CHRISTOPHER SNYDER,

    Plaintiff,

vs.                                                                               CASE NO. 8:12-CIV-2014-T-17-MAP

A1 PROPERTY PRESERVATION,
INC., et al.,

    Defendants.
_____/

## ORDER TO ENTER JUDGMENT

This cause is before the Court on the notice of acceptance of offer of judgment and request to reserve jurisdiction for determination of reasonable attorney's fees and costs (Docket No. 10). Accordingly, it is

**ORDERED** that the request to enter judgment, as found in the offer of judgment attached as an exhibit to the notice (Docket No. 10-1), and request to reserve jurisdiction for determination of reasonable attorney's fees and costs be **granted**, the settlement is approved by the Court, and the case is dismissed with prejudice. The Clerk of Court is directed enter judgment, as set out in exhibit 1 of this case, to close this case, and to terminate any pending motions. The parties are directed to discuss the question of fees and costs, if they cannot

resolve the matter, the Plaintiff shall file a motion for fees and costs within thirty days of this date.

      **DONE and ORDERED** in Chambers, in Tampa, Florida, this 3rd day of January, 2013.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record